# EXHIBIT B

# PPE AID NITRILE GLOVES

- 510K CERTIFIED
- FDA APPROVED
- EXAM GRADE
- POWDER FREE



Exhibit 15
Page 14









Exhibit 15
Page 15

# SGS

## Test Report
No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 1 of 8

SHIJIAZHUANG HONGRAY GROUP CO., LTD
SOUTH TONGDA RD., EAST DIST. JINZHOU CITY, HEBEI, 052260, CHINA

THE TEST REPORT IS TO SUPERSEDE THE TEST REPORT No.: SHHL1602075366MD
DATE: SEP. 28, 2020
The following sample(s) was/were submitted and identified by the client as:

| | |
|---|---|
| Sample Description | : DISPOSABLE NITRILE GLOVE |
| Style/ Item No. | : XS,S,M,L,XL,XXL |
| Country of Origin | : CHINA |
| Sample Receiving Date | : AUG. 29, 2020 |
| Testing Period | : AUG. 29, 2020 TO SEP. 28, 2020 |
| Test Performed | : SELECTED TEST(S) AS REQUESTED BY APPLICANT |
| Test Requested | : 1. EN 455-1:2000 MEDICAL GLOVES FOR SINGLE USE – PART 1: REQUIREMENTS AND TESTING FOR FREEDOM FROM HOLES |
| | 2. EN 455-2: 2000 MEDICAL GLOVES FOR SINGLE USE – PART 2: REQUIREMENTS AND TESTING FOR PHYSICAL PROPERTIE |
| | 3. EN 455-3: 2000 MEDICAL GLOVES FOR SINGLE USE— PART 3: REQUIREMENTS AND TESTING FOR BIOLOGICAL EVALUATION CLAUSE 4.4 & 4.6 |
| Test Result(s) | : FOR FURTHER DETAILS, PLEASE REFER TO THE FOLLOWING PAGE(S) |
| Conclusion | : THE SUBMITTED SAMPLE MET THE TEST REQUIREMENT. |

\*\*\*\*\*\*\*\*\*\*\*\*

Signed for and on behalf of
SGS-CSTC Standards Technical Services (Shanghai) Co., Ltd.

Vincent Feng
Technical Manager



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755) 8307 1443, or email: CN.Doccheck@sgs.com

3 Building, No.889, Yishan Road, Xuhui District Shanghai, China 200233    t (86) 400 000 9081    f (86-21) 6115 5899    www.sgsgroup.com.cn
中国·上海·徐汇区宜山路889号3号楼    邮编: 200233    t (86) 400 000 9081    f (86-21) 6115 5899    e sgs.china@sgs.com
Member of the SGS Group (SGS SA)



## Test Report    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 2 of 8

**Test Conducted:**

**1. EN 455-1:2000 Medical gloves for single use – part 1: Requirements and testing for freedom from holes**

| | | |
|---|---|---|
| Number of test sample | : | 200 Pieces |
| The type of gloves | : | examination/procedure gloves |
| Manufacturing batch code | : | / |
| Batch size | : | / |
| Sample size | : | XS, S, M, L, XL, XXL |
| Number of non-conforming gloves | : | None |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 5 | Watertightness test for detection of holes | --- | --- |
| 5.1 | Referee testing | | # 1&2 |

**2. EN 455-2:2000 Medical gloves for single use – part 2: Requirements and testing for physical propertie**

| | | |
|---|---|---|
| Number of test sample | : | 104 Pieces |
| Type | : | examination/procedure gloves |
| The manufacturing batch code | : | / |
| Size | : | XS, S, M, L, XL, XXL |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 4 | Dimensions | Pass | #3 |
| 5 | Strength | Pass | #1&4 |
| 7 | Labeling | Pass | / |



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755)8307 1443, or email: CN.Doccheck@sgs.com

1st Building No.889, Yishan Road, Xuhui District Shanghai, China 200233    t (86) 400 900 9661    f (86-21) 6115 5890    www.sgsgroup.com.cn
中国·上海·徐汇区宜山路889号4号楼    邮编: 200233    t (86) 400 900 9661    f (86-21) 6115 5890    e sgs.china@sgs.com

Exhibit 15
Page 17

Member of the SGS Group (SGS SA)



**3.**    EN 455-3: 2000 Medical gloves for single use—Part 3: Requirements and testing for biological evaluation

| | | |
|---|---|---|
| Number of test sample | : | 5 Pieces |
| Finishes of gloves | : | Powdered-free gloves other than surgeon's gloves |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 4.4 | Powder | Pass | #1, 5&6 |
| 4.6 | Labeling | Pass | / |

Note:
1. As per client's declare, these gloves (four size: XS, S, M, L, XL, XXL) only size different, the material is the same, and only the glove of size M was tested.
2. See result 1.
3. See result 2.
4. See result 3.
5. Test according to EN ISO 21171-2006.
6. The powder of sample was 0.3mg<2mg.



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only. Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755) 8307 1443, or email: CN.Doccheck@sgs.com

| | | | |
|---|---|---|---|
| 3rd Building, No.889, Yishan Road, Xuhui District Shanghai, China 200233 | t (86) 400 000 0661 | f (86-21) 6115 0060 | www.sgsgroup.com.cn |
| 中国·上海·徐汇区宜山路889号4号楼 邮编: 200233 | t (86) 400 000 0661 | f (86-21) 6115 0060 | e sgs.china@sgs.com |

Member of the SGS Group (SGS SA)



**Test Report**       No.: SHHL1602075366MD-01       Date: OCT. 06, 2020       Page: 4 of 8

**Test Results:**

**1.    Watertightness test for detection of holes**

Sample Quantity:  200pcs

AQL:     1.5    Accept:   7    Reject:   8    Found:   0

**2.    Dimensions**

Sample Quantity: 78pcs

| Size | XS | | | | | | | | | | | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Length(mm) | 253 | 253 | 253 | 254 | 252 | 255 | 256 | 254 | 253 | 254 | 252 | 253 | 253 |
| Width(mm) | 79 | 78 | 79 | 77 | 78 | 77 | 78 | 77 | 78 | 79 | 78 | 79 | 78 |

Median value:
    Length (mm): 253
    Width (mm): 78

| Size | S | | | | | | | | | | | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Length(mm) | 245 | 244 | 242 | 243 | 244 | 246 | 245 | 244 | 245 | 246 | 244 | 243 | 243 |
| Width(mm) | 88 | 85 | 87 | 86 | 88 | 87 | 86 | 88 | 87 | 88 | 87 | 86 | 88 |

Median value:
    Length (mm): 244
    Width (mm): 87

| Size | M | | | | | | | | | | | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Length(mm) | 244 | 245 | 245 | 246 | 245 | 247 | 246 | 245 | 244 | 245 | 246 | 247 | 246 |
| Width(mm) | 96 | 95 | 97 | 96 | 95 | 97 | 96 | 96 | 95 | 96 | 97 | 96 | 97 |

Median value:
    Length (mm): 245
    Width (mm): 96

| Size | L | | | | | | | | | | | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Length(mm) | 243 | 242 | 241 | 242 | 243 | 242 | 242 | 242 | 242 | 243 | 241 | 242 | 243 |
| Width(mm) | 109 | 108 | 107 | 109 | 108 | 107 | 108 | 107 | 108 | 109 | 108 | 107 | 107 |

Median value:
    Length (mm): 242
    Width (mm): 108



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755) 8307 1443, or email: CN.Doccheck@sgs.com
中国·上海·徐汇区宜山路889号3号楼  邮编: 200233    t (86) 400 000 0001    f (86-21) 6115 5899    www.sgsgroup.com.cn
中国·上海·徐汇区宜山路889号3号楼  邮编: 200233    t (86) 400 000 0001    f (86-21) 6115 5899    e sgs.china@sgs.com
Member of the SGS Group (SGS SA)

Exhibit 15
Page 19



**Test Report**    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 5 of 8

| Size | XL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 249 | 248 | 250 | 249 | 247 | 248 | 249 | 248 | 248 | 249 | 248 | 249 | 248 |
| Width(mm) | 114 | 113 | 114 | 115 | 113 | 114 | 115 | 115 | 114 | 115 | 116 | 114 | 115 |

Median value:
    Length (mm): 248
    Width (mm): 114

| Size | XXL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 245 | 246 | 244 | 244 | 245 | 246 | 245 | 246 | 246 | 245 | 245 | 244 | 243 |
| Width(mm) | 119 | 118 | 120 | 119 | 118 | 119 | 118 | 120 | 119 | 118 | 119 | 120 | 119 |

Median value:
    Length (mm): 245
    Width (mm): 119

Requirements: see table 1&2

**Table 1 Dimensions for surgical gloves**

| Size | Median length in mm | Median width in mm |
|---|---|---|
| 5 | ≥250 | 67±4 |
| 5.5 | ≥250 | 72±4 |
| 6 | ≥260 | 77±5 |
| 6.5 | ≥260 | 83±5 |
| 7 | ≥270 | 89±5 |
| 7.5 | ≥270 | 95±5 |
| 8 | ≥270 | 102±6 |
| 8.5 | ≥280 | 108±6 |
| 9 | ≥280 | 114±6 |
| 9.5 | ≥280 | 121±6 |

**Table 2 Dimensions for examination/procedure gloves**

| Size | Median length in mm | Median width in mm |
|---|---|---|
| Extra small | | ≤80 |
| Small | | 80±10 |
| Medium | ≥240 | 95±10 |
| Large | | 110±10 |
| Extra Large | | ≥110 |



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

| | 1 (86) 400 960 9681 | (86-21) 6115 5888 | www.sgsgroup.com.cn |
|---|---|---|---|
| | 1 (86) 400 960 9681 | (86-21) 6115 5999 | sgs.china@sgs.com |

Member of the SGS Group (SGS SA)

Exhibit 15
Page 20



**Test Report**    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 6 of 8

3. **Strength**

Sample Quantity: 26pcs

| Size | M | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Force at break(N) | 9.19 | 8.79 | 9.27 | 9.02 | 8.25 | 9.35 | 9.27 | 9.36 | 8.98 | 8.38 | 9.02 | 8.90 | 9.58 |
| Force at break after challenge testing(N) | 9.41 | 9.50 | 9.50 | 9.38 | 9.58 | 9.46 | 9.23 | 9.38 | 9.77 | 9.50 | 9.58 | 9.18 | 9.65 |

Median value:
    Force at break during shelf life (N): 9.02
    Force at break after challenge testing (N): 9.50

Table 3 — Median values of force at break

| | Force at break in Newton | | |
|---|---|---|---|
| | Surgical gloves a) | Examination/procedure gloves | |
| | | b) | c) |
| Throughout shelf life tested according to 5.2 and within 12 months of manufacture tested according to 5.3 | ≥ 9,0 | ≥ 6,0 | ≥ 3,6 |

a)  Requirements for all surgical gloves.
b)  Requirements for all examination gloves, except gloves made from thermoplastic materials (e.g. polyvinylchloride, polyethylene)..
c)  Requirements for gloves made from thermoplastic materials (e.g. polyvinylchloride, polyethylene).

Remark:
1.  The sample selecting amount for Watertightness test for detection of holes is deviated to 200 pcs as accessed by SGS.



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Exhibit 15
Page 21



**Test Report**  No.: SHHL1602075366MD-01  Date: OCT. 06, 2020  Page: 7 of 8

**Sample Photo:**

Received sample (size XS)



Received sample (size S)



Received sample (size M)



Received sample (size L)





Member of the SGS Group (SGS SA)

Exhibit 13
Page 22



**Test Report**      No.: SHHL1602075366MD-01      Date: OCT. 06, 2020      Page: 8 of 8

Received sample (size XL)                Received sample (size XXL)




SGS authenticate the photo on original report only

\*\*\*End of Report\*\*\*



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Exhibit 15
Page 23

Member of the SGS Group (SGS SA)

1 of 11    **U.S. FOOD & DRUG**
ADMINISTRATION

November 30, 2018

Be[...] Plastic Technology Co., Ltd
[...]y Liu
[...]oct M[...]
[...] Products Inc
3973 Schaefer Avenue, Chino, CA 91810, USA

Re: K182600
    Trade/Device Name:  Powder Free Nitrile Examination Glove, Tested for Use with Chemotherapy
                   Drugs (Blue)
    Regulation Number:  21 CFR 880.6250
    Regulation Name:  Non-Powdered Patient Examination Glove
    Regulatory Class:  Class I
    Product Code:  LZA, LZC
    Dated:  September 16, 2018
    Received:  September 21, 2018

[...] Liu:

We have revi[...] [...]market notification of intent to market the device referenced
above and have determi[...] [...]er the indications for use stated in [...] [...]he
enclosure) to legally marketed predicate devi[...] [...] [...] in accordance
with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a
premarket approval application (PMA). You may, therefore, market the device, subject to the general
controls provisions of the Act. Although this letter refers to your product as a device, please be aware that
some cleared products may instead be combination products. The 510(k) Premarket Notification Database
located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination
product submissions. The general controls provisions of the Act include requirements for annual registration,
listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We
remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be
subject to additional controls. Existing major regulations affecting your device can be found in the Code of
Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements
concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA
has made a determination that your device complies with other requirements of the Act or any Federal

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

K182600 – Kathy Liu                                               Page  2

statutes and regulations administered by other Federal agencies. You must comply with all the Act's
requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part
801); medical device reporting (reporting of medical device-related adverse events) (21 CFR Part 803) for
devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see
https://www.fda.gov/CombinationProducts/GuidanceRegulatoryInformation/ucm597488.htm); good
manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820)
for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if
applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-
1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part
807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part
803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm.

For comprehensive regulatory information about medical devices and radiation-emitting products, including
information about labeling regulations, please see Device Advice
(https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/) and CDRH Learn
(http://www.fda.gov/Training/CDRHLearn). Additionally, you may contact the Division of Industry and
Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website
(http://www.fda.gov/DICE) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone
(1-800-638-2041 or 301-796-7100).

Exhibit 15
Page 24

# PPE AID NITRILE GLOVES

- 510K CERTIFIED
- FDA APPROVED
- EXAM GRADE
- POWDER FREE



Exhibit 15
Page 25






Exhibit 15
Page 26

# SGS

**Test Report**    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 1 of 8

SHIJIAZHUANG HONGRAY GROUP CO., LTD
SOUTH TONGDA RD., EAST DIST. JINZHOU CITY, HEBEI, 052260, CHINA

THE TEST REPORT IS TO SUPERSEDE THE TEST REPORT No.: SHHL1602075366MD
DATE: SEP. 28, 2020
The following sample(s) was/were submitted and identified by the client as:

| | |
|---|---|
| Sample Description | : DISPOSABLE NITRILE GLOVE |
| Style/ Item No. | : XS,S,M,L,XL,XXL |
| Country of Origin | : CHINA |
| Sample Receiving Date | : AUG. 29, 2020 |
| Testing Period | : AUG. 29, 2020 TO SEP. 28, 2020 |
| Test Performed | : SELECTED TEST(S) AS REQUESTED BY APPLICANT |
| Test Requested | : 1. EN 455-1:2000 MEDICAL GLOVES FOR SINGLE USE – PART 1: REQUIREMENTS AND TESTING FOR FREEDOM FROM HOLES |
| | 2. EN 455-2: 2000 MEDICAL GLOVES FOR SINGLE USE – PART 2: REQUIREMENTS AND TESTING FOR PHYSICAL PROPERTIE |
| | 3. EN 455-3: 2000 MEDICAL GLOVES FOR SINGLE USE— PART 3: REQUIREMENTS AND TESTING FOR BIOLOGICAL EVALUATION CLAUSE 4.4 & 4.6 |
| Test Result(s) | : FOR FURTHER DETAILS, PLEASE REFER TO THE FOLLOWING PAGE(S) |
| Conclusion | : THE SUBMITTED SAMPLE MET THE TEST REQUIREMENT. |

\*\*\*\*\*\*\*\*\*\*\*\*

Signed for and on behalf of
SGS-CSTC Standards Technical Services (Shanghai) Co., Ltd.

Vincent Feng
Technical Manager



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755) 8307 1443, or email: CN.Doccheck@sgs.com

3 Building, No.889, Yishan Road, Xuhui District Shanghai, China 200233    t (86) 400 000 9081    f (86-21) 6115 5058    www.sgsgroup.com.cn
中国·上海·徐汇区宜山路889号3号楼    邮编: 200233    t (86) 400 000 9081    f (86-21) 6115 5059    e sgs.china@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 2 of 8

**Test Conducted:**

1.  EN 455-1:2000 Medical gloves for single use – part 1: Requirements and testing for freedom from holes

| | | |
|---|---|---|
| Number of test sample | : | 200 Pieces |
| The type of gloves | : | examination/procedure gloves |
| Manufacturing batch code | : | / |
| Batch size | : | / |
| Sample size | : | XS, S, M, L, XL, XXL |
| Number of non-conforming gloves | : | None |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 5 | Watertightness test for detection of holes | --- | --- |
| 5.1 | Referee testing | | # 1&2 |

2.  EN 455-2:2000 Medical gloves for single use – part 2: Requirements and testing for physical propertie

| | | |
|---|---|---|
| Number of test sample | : | 104 Pieces |
| Type | : | examination/procedure gloves |
| The manufacturing batch code | : | / |
| Size | : | XS, S, M, L, XL, XXL |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 4 | Dimensions | Pass | #3 |
| 5 | Strength | Pass | #1&4 |
| 7 | Labeling | Pass | / |



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Exhibit 15
Page 28

Member of the SGS Group (SGS SA)



3.   EN 455-3: 2000 Medical gloves for single use—Part 3: Requirements and testing for biological evaluation

| | | |
|---|---|---|
| Number of test sample | : | 5 Pieces |
| Finishes of gloves | : | Powdered-free gloves other than surgeon's gloves |
| Defects observed before testing | : | No defects |
| Test Result | : | Pass |

| Clause | Test Items | Result | Note |
|---|---|---|---|
| 4.4 | Powder | Pass | #1, 5&6 |
| 4.6 | Labeling | Pass | / |

Note:
1.  As per client's declare, these gloves (four size: XS, S, M, L, XL, XXL) only size different, the material is the same, and only the glove of size M was tested.
2.  See result 1.
3.  See result 2.
4.  See result 3.
5.  Test according to EN ISO 21171-2006.
6.  The powder of sample was 0.3mg<2mg.



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755)8307 1443, or email: CN.Doccheck@sgs.com

4/F Building, No.889, Yishan Road, Xuhui District Shanghai, China 200233    t (86-21) 6115 0868    f (86-21) 6115 0868    www.sgsgroup.com.cn
中国 · 上海 · 徐汇区宜山路889号4号楼    邮编: 200233    t (86) 400 960 8661    f (86-21) 6115 0866    e sgs.china@sgs.com

Member of the SGS Group (SGS SA)

**SGS**

**Test Report**     No.: SHHL1602075366MD-01     Date: OCT. 06, 2020     Page: 4 of 8

**Test Results:**

### 1. Watertightness test for detection of holes

Sample Quantity: 200pcs

AQL:    1.5    Accept: 7    Reject: 8    Found: 0

### 2. Dimensions

Sample Quantity: 78pcs

| Size | XS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 253 | 253 | 253 | 254 | 252 | 255 | 256 | 254 | 253 | 254 | 252 | 253 | 253 |
| Width(mm) | 79 | 78 | 79 | 77 | 78 | 77 | 78 | 77 | 78 | 79 | 78 | 79 | 78 |

Median value:
   Length (mm): 253
   Width (mm): 78

| Size | S | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 245 | 244 | 242 | 243 | 244 | 246 | 245 | 244 | 245 | 246 | 244 | 243 | 243 |
| Width(mm) | 88 | 85 | 87 | 86 | 88 | 87 | 86 | 88 | 87 | 88 | 87 | 86 | 85 |

Median value:
   Length (mm): 244
   Width (mm): 87

| Size | M | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 244 | 245 | 245 | 246 | 245 | 247 | 246 | 245 | 244 | 245 | 246 | 247 | 246 |
| Width(mm) | 96 | 95 | 97 | 96 | 95 | 97 | 96 | 96 | 95 | 96 | 97 | 96 | 97 |

Median value:
   Length (mm): 245
   Width (mm): 96

| Size | L | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 243 | 242 | 241 | 242 | 243 | 242 | 242 | 242 | 242 | 243 | 241 | 242 | 243 |
| Width(mm) | 109 | 108 | 107 | 109 | 108 | 107 | 108 | 107 | 108 | 109 | 108 | 107 | 107 |

Median value:
   Length (mm): 242
   Width (mm): 108



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755)8307 1443, or email: CN.Doccheck@sgs.com
中国·上海·徐汇区宜山路889号4号楼    邮编: 200233    t (86) 400 000 0001    f (86-21)6115 5688    www.sgsgroup.com.cn
                                                                          e sgs.china@sgs.com

Member of the SGS Group (SGS SA)

Exhibit 15
Page 30



**Test Report**    No.: SHHL1602075366MD-01    Date: OCT. 06, 2020    Page: 5 of 8

| Size | XL | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 249 | 248 | 250 | 249 | 247 | 248 | 249 | 248 | 248 | 249 | 248 | 249 | 248 |
| Width(mm) | 114 | 113 | 114 | 115 | 113 | 114 | 115 | 115 | 114 | 115 | 116 | 114 | 115 |

Median value:
  Length (mm): 248
  Width (mm): 114

| Size | XXL | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length(mm) | 245 | 246 | 244 | 244 | 245 | 246 | 245 | 246 | 246 | 245 | 245 | 244 | 243 |
| Width(mm) | 119 | 118 | 120 | 119 | 118 | 119 | 118 | 120 | 119 | 118 | 119 | 120 | 119 |

Median value:
  Length (mm): 245
  Width (mm): 119

Requirements: see table 1&2

**Table 1 Dimensions for surgical gloves**

| Size | Median length in mm | Median width in mm |
|---|---|---|
| 5 | ≥250 | 67±4 |
| 5.5 | ≥250 | 72±4 |
| 6 | ≥260 | 77±5 |
| 6.5 | ≥260 | 83±5 |
| 7 | ≥270 | 89±5 |
| 7.5 | ≥270 | 95±5 |
| 8 | ≥270 | 102±6 |
| 8.5 | ≥280 | 108±6 |
| 9 | ≥280 | 114±6 |
| 9.5 | ≥280 | 121±6 |

**Table 2 Dimensions for examination/procedure gloves**

| Size | Median length in mm | Median width in mm |
|---|---|---|
| Extra small | | ≤80 |
| Small | | 80±10 |
| Medium | ≥240 | 95±10 |
| Large | | 110±10 |
| Extra Large | | ≥110 |



Exhibit 15
Page 31



**Test Report**   No.: SHHL1602075366MD-01   Date: OCT. 06, 2020   Page: 6 of 8

3.   **Strength**

Sample Quantity: 26pcs

| Size | M | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Force at break(N) | 9.19 | 8.79 | 9.27 | 9.02 | 8.25 | 9.35 | 9.27 | 9.36 | 8.98 | 8.38 | 9.02 | 8.90 | 9.58 |
| Force at break after challenge testing(N) | 9.41 | 9.50 | 9.50 | 9.38 | 9.58 | 9.46 | 9.23 | 9.38 | 9.77 | 9.50 | 9.58 | 9.18 | 9.65 |

Median value:
    Force at break during shelf life (N): 9.02
    Force at break after challenge testing (N): 9.50

### Table 3 — Median values of force at break

| | Force at break in Newton | | |
|---|---|---|---|
| | Surgical gloves a) | Examination/procedure gloves | |
| | | b) | c) |
| Throughout shelf life tested according to 5.2 and within 12 months of manufacture tested according to 5.3 | ≥ 9,0 | ≥ 6,0 | ≥ 3,6 |

a)   Requirements for all surgical gloves.
b)   Requirements for all examination gloves, except gloves made from thermoplastic materials (e.g. polyvinylchloride, polyethylene)..
c)   Requirements for gloves made from thermoplastic materials (e.g. polyvinylchloride, polyethylene).

Remark:
1.   The sample selecting amount for Watertightness test for detection of holes is deviated to 200 pcs as accessed by SGS.



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755) 8307 1443, or email: CN.Doccheck@sgs.com

中国·上海·徐汇宜家山路889号4号楼   邮编: 200233
中国·上海·徐汇宜家山路889号4号楼   邮编: 200233

Member of the SGS Group (SGS SA)

Exhibit 15
Page 32



**Test Report**     No.: SHHL1602075366MD-01     Date: OCT. 06, 2020     Page: 7 of 8

Sample Photo:

Received sample (size XS)



Received sample (size S)



Received sample (size M)



Received sample (size L)





Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention: To check the authenticity of testing /inspection report & certificate, please contact us at telephone: (86-755)8307 1443, or email: CN.Doccheck@sgs.com

t (86-400)-3019061     f (86-21)6115-8659     www.sgsgroup.com.cn
中国 · 上海 · 徐汇区宜山路889号4号楼   邮编: 200233     t (86) 400-3019061     f (86-21)6115-8659     e sgs.china@sgs.com

Member of the SGS Group (SGS SA)

Exhibit 15
Page 33

---

Case 5:21-cv-00972-FWS-SHK   Document 1-2   Filed 06/09/21   Page 22 of 23   Page ID #:37



**Test Report**   No.: SHHL1602075366MD-01   Date: OCT. 06, 2020   Page: 8 of 8

Received sample (size XL)



Received sample (size XXL)



SGS authenticate the photo on original report only

***End of Report***



Member of the SGS Group (SGS SA)

Exhibit 15
Page 34

1 of 11   **U.S. FOOD & DRUG**
DMINISTRATION

November 30, 2018

Be_____ Plastic Technology Co., Ltd
_____y Liu
_____oct M_____
_____ _____oducts Inc
3973 Schaefer Avenue, Chino, CA 91810, USA

Re: K182600
    Trade/Device Name:  Powder Free Nitrile Examination Glove, Tested for Use with Chemotherapy
                Drugs (Blue)
    Regulation Number:  21 CFR 880.6250
    Regulation Name:  Non-Powdered Patient Examination Glove
    Regulatory Class:  Class I
    Product Code:  LZA, LZC
    Dated:  September 16, 2018
    Received:  September 21, 2018

_____ Liu:

We have revi_____ _____ _____ _____market notification of intent to market the device referenced
above and have determi_____ _____ _____ _____ffer the indications for use stated in_____ _____ _____
enclosure) to legally marketed predicate device_____ _____ _____ _____ _____ _____ _____ _____ accordance
enactment date of the Medical Device Amendments, or to device_____ _____ _____ _____ _____ _____
with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a
premarket approval application (PMA). You may, therefore, market the device, subject to the general
controls provisions of the Act. Although this letter refers to your product as a device, please be aware that
some cleared products may instead be combination products. The 510(k) Premarket Notification Database
located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination
product submissions. The general controls provisions of the Act include requirements for annual registration,
listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We
remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be
subject to additional controls. Existing major regulations affecting your device can be found in the Code of
Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements
concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA
has made a determination that your device complies with other requirements of the Act or any Federal

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
www.fda.gov

K182600 - Kathy Liu                                    Page 2

statutes and regulations administered by other Federal agencies. You must comply with all the Act's
requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part
801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for
devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see
https://www.fda.gov/CombinationProducts/GuidanceRegulatoryInformation/ucm597488.htm); good
manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820)
for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if
applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-
1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part
807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part
803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm.

For comprehensive regulatory information about medical devices and radiation-emitting products, including
information about labeling regulations, please see Device Advice
(https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/) and CDRH Learn
(http://www.fda.gov/Training/CDRHLearn). Additionally, you may contact the Division of Industry and
Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website
(http://www.fda.gov/DICE) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone
(1-800-638-2041 or 301-796-7100).

Exhibit 15
Page 35